

EXHIBIT

C

## DECLARATION OF JERRY B. MARTIN

I, Jerry B. Martin, declare as follows:

1. I am the Chief, U.S. Border Patrol Strategic Planning and Analysis Directorate (SPAD), U.S. Customs and Border Protection (CBP), an agency of the Department of Homeland Security (DHS). I have held this position since March 2019. Over the course of my career I have served in multiple roles directly relating to border barrier projects; including being the principal liaison for Border Patrol in the current wall planning effort, Pedestrian Fence 225 (PF225), and Vehicle Fence 300, (VF300), project implementation (2007-2010), and the Border Infrastructure System Project (2003-2007). SPAD identifies and develops the requirements which lead to the acquisition of border infrastructure such as barriers. I entered on duty with the U.S. Border Patrol (USBP) in 1992 and worked throughout various field leadership roles until ultimately becoming the Chief Patrol Agent of the Blaine Border Patrol Sector.

2. In my current position I am personally aware of CBP activities in support of ongoing and planned barrier projects.

3. The statements in this declaration are based on my personal knowledge and information that I have received in my official capacity.

### Why Barriers Work

4. CBP is a U.S. Government Agency responsible for securing the Nation's borders. CBP's mission is to prevent terrorists and terrorist weapons from entering the United States, and to detect, interdict, and apprehend those who attempt to enter illegally or smuggle any person or contraband across the Nation's borders. CBP is specifically responsible for patrolling nearly 6,000 miles of Mexican and Canadian international land

borders and over 2,000 miles of coastal waters surrounding the Florida Peninsula and the island of Puerto Rico.

5.  CBP divides its enforcement zones along the southern border with Mexico into nine Sectors.  From west to east, the sectors are:  San Diego, El Centro, Yuma, Tucson, El Paso, Big Bend, Del Rio, Laredo, and Rio Grande Valley (RGV).

6.  Since the USBP began constructing border barriers nearly 30 years ago, these barriers have proved to be a critical component in gaining operational control of the border. Illegal drug and human smuggling activity have decreased in those areas where barriers are deployed.

7.  Physical barriers are an essential component to the USBP's layered border security approach and provide numerous benefits including: (1) barriers protect USBP agents, (2) barriers assist USBP in gaining and maintaining operational control of the border, and (3) barriers support a safe and secure border community.

8.  In areas with inadequate barriers, CBP is experiencing large numbers of individuals and narcotics beings smuggled into the country illegally, often by Mexican Cartels who use the areas as drug smuggling corridors.  These areas have been included in DHS's February 25, 2019 Request for Assistance pursuant to 10 U.S.C. § 284 to the Department of Defense (DoD).

9.  In the Tucson Sector, for fiscal year 2018, there were over 52,000 apprehensions of illegal entrants attempting to enter the United States between border crossings in the Tucson Sector. Also during fiscal year 2018, Border Patrol had over 1,900 separate drug-related events between border crossings in the Tucson Sector, through which it

seized over 134,000 pounds of marijuana, 62 pounds of cocaine, over 91 pounds of heroin, and over 902 pounds of methamphetamine..

10. As of July 31, 2019, in fiscal year 2019 there have been over 54,000 apprehensions of people attempting to enter the United States between border crossings in the Tucson Sector.  In addition, as of July 31, 2019, in fiscal year 2019 Border Patrol has seized over 49,000 pounds of marijuana, over 100 pounds of cocaine, over 63 pounds of heroin, and over 2,450 pounds of methamphetamine.

11. The number of apprehensions and drug seizures in the Tucson Sector improved following the initial installation of barriers approximately 10 years ago, but the barriers are less effective now and need to be improved.  Cartels and smugglers have changed their tactics and thus the existing vehicle fencing and pedestrian fence are no longer effective and thus are being replaced with pedestrian barrier that employs a more operationally effective design.

12. Given the high entry of people and drugs, the Secretary of DHS determined that the Tucson Sector is an area of high illegal entry where DHS is required under Section 102 of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, as amended ("IIRIRA"), to construct physical barriers and roads to deter and prevent illegal entry of people and drugs.

13. To support DHS's action under Section 102 of IIRIRA, the Secretary of DHS requested that the Secretary of Defense, pursuant to 10 U.S.C. § 284(b)(7), assist by constructing fences, roads, and lighting within the Tucson  Sector, including the areas at issue in this preliminary injunction.  On May 9, 2019, the then Acting Secretary of Defense

concluded that the support requested satisfied the statutory requirements of 10 U.S.C. § 284(b)(7) and that DoD would provide such support for projects in the Tucson Sector.

14. If construction of the barrier projects at issue in this preliminary injunction is stopped, CBP will be unable to respond as effectively to the threats along the U.S.-Mexico border, and the country will continue to see high levels of illegal entry of both people and drugs.

This declaration is made pursuant to 28 U.S.C. § 1746.  I declare under penalty of perjury that the foregoing is true and correct to the best of my current knowledge.

Executed on this 12th day of August, 2019.

Chief Jerry B. Martin
U.S. Border Patrol Strategic Planning and Analysis Directorate
U.S. Customs and Border Protection