**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,  ) ) ) ) | |
| *Plaintiffs*,  ) ) | Civil Action No. 1:19-02085 (KBJ) |
| v.  ) ) | |
| KEVIN K. MCALEENAN, *et al.*,  ) ) | |
| *Defendants*.  ) ) | |

## ORDER

On September 4, 2019, this Court issued a Memorandum Opinion in Case No. 18-00655, resolving claims over certain of Defendants' waiver determinations made pursuant to the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA") (codified at 8 U.S.C § 1103 note).  In light of that ruling, and the parties' Stipulation in this action, it is hereby:

**ORDERED** that Plaintiffs' Amended Complaint is dismissed for the reasons set forth in the Court's opinion in Case No. 18-00655, with the understanding that the parties' appeal rights remain preserved; and further

**ORDERED** that Plaintiffs' Motion for a Preliminary Injunction and Request for a Hearing (ECF No. 8) is hereby deemed withdrawn; and it is further

**ORDERED** that the Court's September 9, 2019 Minute Order calling for a Joint Status Report is hereby withdrawn.

DATE:  September 13, 2019

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
UNITED STATES DISTRICT JUDGE